1  Roger Myers (CA State Bar No. 146164)
   roger.myers@hro.com
2  Rachel Matteo-Boehm (CA State Bar No. 195492)
   rachel.matteo-boehm@hro.com
3  HOLME ROBERTS & OWEN LLP
4  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
5  Telephone:  415-268-2000
6  Facsimile:   415-268-1999

7  Attorneys for Defendant
   CENTER FOR THE STUDY OF POPULAR CULTURE
8

9  Of Counsel:

10 Manuel Klausner (CA State Bar No. 34121)
   Mklausner@klausnerinc.com
11 LAW OFFICES OF MANUEL S. KLAUSNER, P.C.
12 One Bunker Hill Building
   601 West Fifth Street, Suite 800
13 Los Angeles, CA 90071
   Telephone: 213-617-0414
14 Facsimile: 213-617-1314

15

16                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
17                            SAN JOSE DIVISION

18

| 19 | JOEL BEININ, Ph.D. | CASE NO. C06-02298 JW (RS) |
|---|---|---|
| 20 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CENTER FOR THE STUDY OF POPULAR CULTURE LEAVE OF COURT TO FILE AN AMENDED ANSWER** |
| 21 | v. | |
| 22 | THE CENTER FOR THE STUDY OF POPULAR CULTURE, a California corporation, and DOES 1-10, inclusive, | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26
27
28

                                1

Stipulation and Order Granting Leave to file Amended Answer          Case No. C06-02298 JW (RS)
#22140 v1

## STIPULATION

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties to the above referenced action stipulate that Defendant Center for the Study of Popular Culture may file an amended answer, a copy of which is attached hereto.

STIPULATED AND AGREED TO:

Dated: July 24, 2006         By: _____
                                  Roger Myers
                                  Rachel Matteo-Boehm
                                  Attorneys for Defendant CENTER FOR THE
                                  STUDY OF POPULAR CULTURE

Dated: June 30, 2006         By: _____
                                  Patrick E. Premo
                                  Counsel for Plaintiff
                                  JOEL BEININ, PH.D.

## ORDER

Good cause appearing, the foregoing stipulation is approved and Defendant Center for the Study of Popular Culture is granted leave of court to file an amended answer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 27, 2006

_____
The Honorable James Ware
Judge of the U.S. District Court
Northern District of California