**United States District Court**
For the Northern District of California

**\*E-FILED 8/10/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL BEININ, Ph.D, | NO. C 06-2298 JW (RS) |
| Plaintiff, | **ORDER RESETTING HEARING DATE** |
| v. | |
| THE CENTER FOR THE STUDY OF POPULAR CULTURE, | |
| Defendant. | |

In light of (1) the number of matters presently set on the Court's calendar for September 6, 2006; (2) the convenience to the Court and the parties that will arise from avoiding multiple hearing dates in close proximity in this case, and (3) Plaintiff's motion under Local Rule 6-3 filed on August 9, 2006, IT IS HEREBY ORDERED THAT defendants' motion for a protective order shall be heard on September 13, 2006. This order does *not* alter the briefing schedule. Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

IT IS SO ORDERED.

Dated: August 10, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER RESETTING HEARING DATE
C 06-2298 JW (RS)

1

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Rachel E. Matteo-Boehm     rachel.matteo-boehm@hro.com

3  Mary Elizabeth Milionis     MMilionis@Fenwick.com, NCarroll@Fenwick.com

4  Roger R. Myers     roger.myers@hro.com, adam.brezine@hro.com

5  Patrick E. Premo     ppremo@fenwick.com

6  Albert Lukas Sieber     asieber@fenwick.com, rjones@fenwick.com

7  Mitchell Harris Zimmerman     mzimmerman@fenwick.com

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

11  **Dated: 8/10/06**                                           **Chambers of Judge Richard Seeborg**

                                                                  **By:        /s/ BAK**

ORDER RESETTING HEARING DATE
C 06-2298 JW (RS)

2