1   [List of Counsel Appears on Last Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BEININ,<br><br>            Plaintiff,<br><br>   v.<br><br>THE CENTER FOR THE STUDY OF POPULAR CULTURE,<br><br>            Defendant, | Case No. C 06-02298 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING THE DEADLINE FOR MEDIATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to the above-entitled action, Plaintiff PROFESSOR JOEL BEININ ("Prof. Beinin") and Defendant THE CENTER FOR THE STUDY OF POPULAR CULTURE ("CSPC") jointly submit this Stipulation and Proposed Order, and respectfully requests the Court to continue the deadline for the parties' participation in mediation.

**WHEREAS,** on December 19, 2006, the parties participated in a telephonic ADR Conference with an ADR administrator;

**WHEREAS,** on January 19, 2007 Judge Ware issued an order directing the parties to mediation within the next 90 days;

**WHEREAS,** Prof. Beinin is currently teaching at the American University in Cairo and is unable to return to the country until June 2007;

**WHEREAS,** due to Prof. Beinin's teaching obligations, the parties have set June 27, 2007 for mediation with mediator David Meadows;

**IT IS HEREBY STIPUATED AND AGREED** that the parties deadline for completing Court sponsored mediation is hereby extended until July 13, 2007.

## ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 17, 2007     By:     **/s/ Mary E. Milionis**
                                  Mitchell Zimmerman (SBN 88456)
                                  Patrick E. Premo (SBN 184915)
                                  Albert Sieber (SBN 233482)
                                  Mary E. Milionis (SBN 238827)
                                  FENWICK & WEST LLP
                                  Silicon Valley Center
                                  801 California Street
                                  Mountain View, California 94041
                                  Telephone: (650) 335-7460
                                  Facsimile: (650) 663-7499
                                  Attorneys for Plaintiff
                                  JOEL BEININ

| | | |
|---|---|---|
| Dated: April 17, 2007 | By: | **/s/ Rachel Matteo-Boehm** |

Roger Myers (SBN 146164)
Rachel Matteo-Boehm (SBN 195492)
HOLME ROBERTS OWEN LLP
560 Mission Street, 25th Floor
San Francisco, California 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Defendant
CENTER FOR THE STUDY OF POPULAR CULTURE

# [~~PROPOSED~~] ORDER

The deadline for the parties to complete mediation is hereby extended until July 13, 2007, and the parties are ordered to comply with this Order.

Dated: 4/18/2007           By: *James Ware*
                               The Honorable James Ware

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION & [PROPOSED] ORDER
EXTENDING DEADLINE FOR MEDIATION           4           CASE NO. C 06-02298 JW (RS)