1
2  [List of Counsel Appears on Last Page]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10 | JOEL BEININ, Ph.D.                        | CASE NO. C06-02298 JW (RS)
11 |                    Plaintiff,             |
   |                                           | STIPULATION AND [PROPOSED] ORDER
12 |        v.                                 | EXTENDING DEADLINES IN
   |                                           | SCHEDULING ORDER
13 | THE CENTER FOR THE STUDY OF               |
   | POPULAR CULTURE, a California             | [CIVIL L.R. 6-2]
14 | corporation, and DOES 1-10, inclusive,    |
15 |                    Defendants.            | Documents filed herewith:
   |                                           | Declaration of Rachel Matteo-Boehm
16

17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Extending Deadlines        Case No. C06-02298 JW (RS)
in Scheduling Order
#29945 v1

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to the above-entitled action, Plaintiff Joel Beinin ("Prof. Beinin") and Defendant Center for the Study of Popular Culture (the "Center") jointly request that the Court extend certain deadlines set forth in its November 29, 2006 Scheduling Order, as follows:

| EVENT | CURRENT DATE | PROPOSED EXTENDED DATE |
|---|---|---|
| Last day to file and serve expert witness reports | July 2, 2007 | August 30, 2007 |
| Last day to file and serve expert rebuttal reports | July 16, 2007 | September 13, 2007 |
| Close of all discovery | September 3, 2007 | November 1, 2007 |
| Last date for hearing on dispositive motions | November 5, 2007 | January 7, 2008 |
| Last day to file and serve preliminary pretrial conference statements | December 26, 2007 | January 18, 2008 |
| Preliminary pretrial conference | January 7, 2008 | January 28, 2008 |

The parties make this request for the following reasons: Prof. Beinin is currently teaching at the American University in Cairo and will not be back in the United States until June 2007. The parties have scheduled a mediation for June 22, 2007 with court-appointed mediator David Meadows, and have agreed to postpone depositions in this case until after the mediation. The extensions requested herein are necessary to ensure that both parties have a reasonable period of time following the June 22 mediation to prepare expert reports, conduct depositions and other follow-up discovery, resolve (and, if necessary, conduct motion concerning) any discovery disputes stemming from that discovery, and complete briefing on dispositive motions.

## ATTESTATION

Concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 21, 2007

By: _____/s/ Rachel Matteo-Boehm_____
Roger Myers (SBN 146164)
roger.myers@hro.com
Rachel Matteo-Boehm (SBN 195492)
rachel.matteo-boehm@hro.com
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: 415-268-2000
Facsimile: 415-268-1999

Attorneys for Defendant CENTER FOR THE STUDY OF POPULAR CULTURE

Of Counsel:
Manuel S. Klausner
Law Offices of Manuel S. Klausner, P.C.

Dated: May 21, 2007

By: _____[signature]_____
Mitchell Zimmerman (CA State Bar No. 88456)
Patrick E. Premo (CA State Bar No. 184915)
Albert Sieber (CA State Bar No. 233482)
Mary E. Milionis (CA State Bar No. 238827)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Attorneys for Plaintiff JOEL BEININ

**[PROPOSED] ORDER**

Pursuant to stipulation, it is so ordered.

Dated: __May 24___, 2007          By: _____*/s/ James Ware*_____
                                         The Honorable James Ware

---

3

Stipulation and [Proposed] Order Extending Deadlines
in Scheduling Order
#29945 v1

Case No. C06-02298 JW (RS)