United States District Court

For the Northern District of California

1

2

3

4

5

6

7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9       SAN JOSE DIVISION

10   Joel Beinin,                                               NO. C 06-02298 JW

11          Plaintiff,                                   **ORDER TO SHOW CAUSE RE:**
             v.                                          **SETTLEMENT**
12
     The Center for the Study of Popular Culture,
13   et al.,

14          Defendants.
                                                       /
15

16          On September 5, 2007, the parties informed the Court that the above-entitled matter has

17   reached a settlement.  (See Docket Item No. 127.)  In light of the settlement, the Court vacates all

18   trial and pretrial dates.  On or before **November 19, 2007**, the parties shall file a stipulated dismissal

19   pursuant to Federal Rule of Civil Procedure 41(a).

20          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

21   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **December 3, 2007**

22   **at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R.

23   Civ. P. 41(b).  On or before **November 19, 2007**, the parties shall file a joint statement in response

24   to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the

25   parties for finalizing the settlement and how much additional time is requested to finalize and file

26   the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be

27   automatically vacated.

28

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2    this action.

3

4    Dated:  October 4, 2007

JAMES WARE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert Lukas Sieber asieber@fenwick.com
Mary Elizabeth Milionis Mmilionis@Fenwick.com
Mitchell Harris Zimmerman mzimmerman@fenwick.com
Patrick E. Premo ppremo@fenwick.com
Rachel E. Matteo-Boehm rachel.matteo-boehm@hro.com
Roger R. Myers roger.myers@hro.com

**Dated:  October 4, 2007**                    **Richard W. Wieking, Clerk**


                                               **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California