1  [List of Counsel Appears on Signature Page]



IT IS SO ORDERED
AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BEININ, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> THE CENTER FOR THE STUDY OF POPULAR CULTURE, a California corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  C 06-02298  JW (RS) <br><br> **JOINT STATEMENT AND [PROPOSED] ORDER REGARDING THE OCTOBER 4, 2007 ORDER TO SHOW CAUSE** ; <br><br> **ORDER REFERRING CASE TO JUDGE SEEBORG FOR SETTLEMENT CONFERENCE** |

Plaintiff Joel Beinin, Ph.D. and Defendant The Center for the Study of Popular Culture (the "Center") participated in a court-ordered mediation on June 22, 2007.  Although some progress was made, a settlement was not reached at the mediation.  Thereafter, the parties continued negotiations and agreed to terms settling the above captioned case.  The parties informed the Court of this agreement via a joint letter dated August 30, 2007 (Docket No. 127) which read, in part, that "the parties to the above-referenced action have, after several weeks of discussion, reached a resolution.  We are currently finalizing the terms of the written agreement memorializing its terms."

Over the last several months the parties, through their respective counsel have been attempting to memorialize the settlement agreement in a final, written document.  Through these negotiations the parties have finalized the language addressing all terms, except the scope of a release.  The parties agree that they would benefit from a settlement conference to address the

remaining issue of the scope of a release.  The parties have not previously participated in a settlement conference.  They respectfully request that the Court assign them to a settlement conference judge, and further request assignment, if at all possible, to Magistrate Judge Richard Seeborg as he has handled discovery motions brought by the parties and is familiar with the case.  Additionally, as Professor Beinin currently resides in Cairo, Egypt and the Center is headquartered in Los Angeles, both parties request that they be permitted to appear at the settlement conference by telephone.  Counsel for the parties would appear in person.  Both parties and the Center's insurer (based in Kansas City) personally attended the June 22 court-ordered mediation.

In light of the Court's October 4, 2007 Order to Show Cause re: Settlement (Docket No. 128) setting December 3, 2007 as the date for the parties to apprise the Court of the status of the action, the parties respectfully request that the date of that hearing be continued until January 21, 2008, to allow sufficient time for the parties to participate in a settlement conference.

Dated:  November 19, 2007                     FENWICK & WEST LLP

By:    /s/ Patrick E. Premo
       Patrick E. Premo
       Attorneys for Plaintiff JOEL BEININ, PH.D.

Dated:  November 19, 2007                     HOLME ROBERTS & OWEN LLP
                                              ROGER MYERS, RACHEL MATTEO-BOEHM

By:    /s/ Rachel Matteo-Boehm
       Rachel Matteo-Boehm
       Attorneys for Defendant CENTER FOR THE
       STUDY OF POPULAR CULTURE

Dated: November 19, 2007                LAW OFFICES OF MANUEL S. KLAUSNER, P.C.

By:  /s/ Manuel S. Klausner
    Manuel S. Klausner
    Of Counsel for Defendant CENTER FOR THE
    STUDY OF POPULAR CULTURE

**********

**ORDER CONTINUING OSC HEARING; REFERRING CASE TO MAGISTRATE JUDGE SEEBORG FOR SETTLEMENT CONFERENCE**

Pursuant to the parties' request, the Court refers the parties to Judge Seeborg for a settlement conference to address the remaining issue of the scope of the release. The parties shall contact Judge Seeborg's Chambers within ten (10) days from the date of this Order to schedule their conference. The Court refers the parties' request for the principals to appear telephonically at the settlement conference to Judge Seeborg for his determination. The Court continues the hearing on the Order to Show Cause Re: Settlement currently set for December 3, 2007 to **February 4, 2008 at 9 A.M.** to allow sufficient time for the parties to complete their settlement and file the appropriate Stipulated Dismissal.

Dated: November 28, 2007

    JAMES WARE
    United States District Judge

*1276582*