**\*E-FILED\***
**December 14, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BEININ, | No. C 06-02298 JW (RS) |
| Plaintiff, | |
| v. | **SETTLEMENT CONFERENCE ORDER** |
| THE CENTER FOR THE STUDY OF POPULAR CULTURE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Richard Seeborg for Settlement Conference. You are hereby notified that the conference is scheduled for **January 29, 2008 at 9:00 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

No later than seven (7) calendar days before the Settlement Conference, the parties shall submit, either jointly or separately, a letter describing the remaining settlement issue. The letter(s) shall be faxed to chambers at 408/535-5354.

Any request to continue the Settlement Conference shall be submitted in writing as soon as possible after consultation with the opposing party. Submission by facsimile is acceptable at facsimile number 408/535-5354.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for Settlement Conference.

IT IS SO ORDERED.

Dated:   December 14, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Rachel E. Matteo-Boehm    rachel.matteo-boehm@hro.com, tom.kerr@hro.com

Mary Elizabeth Milionis    MMilionis@Fenwick.com, NCarroll@Fenwick.com

Roger Rex Myers    roger.myers@hro.com, nancy.burnett@hro.com

Patrick Eugene Premo    ppremo@fenwick.com, mguidoux@fenwick.com

Albert L. Sieber    asieber@fenwick.com

Mitchell Harris Zimmerman    mzimmerman@fenwick.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 14, 2007

                                                  CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                                  By:    /s/ *BAK*