1 [List of Counsel Appears on Last Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BEININ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CENTER FOR THE STUDY OF POPULAR CULTURE,<br><br>    Defendant, | Case No. C 06-02298 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE FEBRUARY 4, 2008 HEARING ON THE ORDER TO SHOW CAUSE RE: SETTLEMENT** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# **STIPULATION**

Joel Beinin, Ph.D. ("Prof. Beinin") and Defendant the Center for the Study of Popular Culture ("CSPC") have reached a settlement in principle that would resolve the pending copyright litigation. The parties are in the process of finalizing the written settlement and participated in a settlement conference on January 29, 2008 before the Honorable Richard Seeborg to assist in finalizing the remaining terms. Assuming the parties are able to finalize the remaining terms, they expect that they will have a stipulated dismissal filed on or before February 27, 2008. Accordingly, they respectfully request that the Order to Show Cause hearing currently scheduled for February 4, 2008 at 9:00 a.m. be continued until March 3, 2008.

DATED: February 1, 2008    By:    **/s/ Patrick E. Premo**

Mitchell Zimmerman (SBN 88456)
Patrick E. Premo (SBN 184915)
Mary E. Milionis (SBN 238827)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 335-7460
Facsimile: (650) 663-7499
Attorneys for Plaintiff
JOEL BEININ

Dated: February 1, 2008    By:    **/s/ Rachel Matteo-Boehm**

Roger Myers (SBN 146164)
Rachel Matteo-Boehm (SBN 195492)
HOLME ROBERTS OWEN LLP
560 Mission Street, 25th Floor
San Francisco, California 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Defendant
CENTER FOR THE STUDY OF POPULAR CULTURE

# [~~PROPOSED~~] ORDER

Pursuant to the representations above, the Court continues the currently scheduled hearing on the Order to Show Cause Re: Settlement to give the parties sufficient time to complete their settlement papers and file the appropriate stipulated dismissal. The Court continues the Order to Show Cause from February 4, 2008 to March 3, 2008 at 9:00 a.m. If the stipulated dismissal is filed on or before February 27, 2008, the hearing on the Order to Show Cause will be vacated. If a dismissal is not on file, the parties shall file a Joint Statement informing the Court of the status of the case on or before February 27, 2008.

Dated: February 01, 2008     By: *James Ware*
The Honorable James Ware