MITCHELL ZIMMERMAN (CSB NO. 88456)
mzimmerman@fenwick.com
PATRICK E. PREMO (CSB NO. 184915)
ppremo@fenwick.com
MARY E. MILIONIS (CSB No. 238827)
mmilionis@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff JOEL BEININ, PH.D.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BEININ, Ph.D., <br><br>Plaintiff, <br><br>v. <br><br>THE CENTER FOR THE STUDY OF POPULAR CULTURE, a California corporation, and DOES 1-10, inclusive, <br><br>Defendants. | Case No. C 06-02298 JW (RS) <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

Pursuant to the Parties' agreement, Joel Beinin, Ph.D., on the one hand, and The Center for the Study of Popular Culture, on the other hand, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a) that the above-captioned action, including all claims therein, is hereby dismissed with prejudice, with each party to bear his or its own expenses, costs, and attorneys' fees.

Dated: February 22, 2008          FENWICK & WEST LLP

                                  By:  **/s/ Patrick E. Premo**
                                       Patrick E. Premo
                                       Attorneys for Plaintiff JOEL BEININ, PH.D.

Dated: February 22, 2008          HOLME ROBERTS & OWEN LLP
                                  ROGER MYERS, RACHEL MATTEO-BOEHM

                                  By:  **/s/ Rachel Matteo-Boehm**
                                       Rachel Matteo-Boehm
                                       Attorneys for Defendant CENTER FOR THE
                                       STUDY OF POPULAR CULTURE

Dated: February 22, 2008          LAW OFFICES OF MANUEL S. KLAUSNER, P.C.

                                  By:  **/s/ Manuel S. Klausner**
                                       Manuel S. Klausner
                                       Of Counsel for Defendant CENTER FOR THE
                                       STUDY OF POPULAR CULTURE

## **PURSUANT TO GENERAL ORDER 45(X)**

I hereby attest that the concurrence in the filing of this document has been obtained for each person whose signature is indicated by a "conformed" signature (/S/) within this e-filed document

Dated: February 22, 2008                          **/s/ Patrick E. Premo**
                                                  Patrick E. Premo

# [~~PROPOSED~~] ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that the above-captioned action, including all claims therein, is hereby dismissed with prejudice, with each party to bear his or its own expenses, costs, and attorneys' fees.

IT IS SO ORDERED. The Clerk shall close this file.

Dated: February 27, 2008

_____
The Honorable James Ware